UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S Cherry Esq
385 Kings Highway North
Cherry Hill NJ 08034

Order Filed on February 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Edward and Barbra Foley

Case No.: 15-28455

Chapter: 13

Judge: CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Mark S Cherry Esq_____, the applicant, is allowed a fee of $ _____1,000.00_____ for services rendered and expenses in the amount of $_____ for a total of $_____1,000.00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____817.00_____ per month for _____48_____ months to allow for payment of the above fee.

*rev.8/1/15*