UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S Cherry Esq
385 Kings Highway North
Cherry Hill NJ 08034

**Order Filed on February 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Edward and Barbra Foley

Case No.:    15-28455

Chapter:    13

Judge:    CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Mark S Cherry Esq _____, the applicant, is allowed a fee of $ _____ 1,000.00 _____ for services rendered and expenses in the amount of $_____ for a total of $ _____ 1,000.00 _____ .  The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 817.00 _____ per month for _____ 48 _____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-28455-CMG
Edward P. Foley                                                                 Chapter 13
Barbara L. Foley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Feb 17, 2017
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2017.
db/jdb          Edward P. Foley,     Barbara L. Foley,     336 Prince St,     Bordentown, NJ  08505-1751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mark S Cherry   on behalf of Joint Debtor Barbara L. Foley mc@markcherrylaw.com,
           dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
          Mark S Cherry   on behalf of Debtor Edward P. Foley mc@markcherrylaw.com,
           dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com
          William M.E. Powers   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   CitiMortgage, Inc. ecf@powerskirn.com
                                                                                 TOTAL: 7